UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA
**FILED**
June 13, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ANTHONY L. STAFFORD, ) <br> Defendant. ) <br> ) | Case No. 2:19-po-00052-AC <br><br> ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, ANTHONY L. STAFFORD, Case No. 2:19-po-00052-AC from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

**X** Release on Personal Recognizance

___ Bail Posted in the Sum of: $

    ___ Co-Signed Unsecured Appearance Bond

    ___ Secured Appearance Bond

    ___ (Other) <u>Conditions as stated on the record.</u>

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>6/13/2019</u> at <u>2:30 p.m.</u>

By _____
Edmund F. Brennan
United States Magistrate Judge